UNITED STATES of America, Plaintiff–Appellee,

v.

Courtney Omar BOYD, a/k/a Omar, Defendant–Appellant.

No. 16–6014.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2016.

Decided: May 23, 2016.

Courtney Omar Boyd, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Omar Boyd appeals from the district court's order denying his 18 U.S.C.

01059–MBS (D.S.C., PACER No. 1). We understand Jones' petition to be directed to this court.

§ 3582(c)(2) (2012) motion to reduce his sentence. Our review of the record reveals that the district court did not err in denying Boyd's motion. Accordingly, we affirm the district court's order. *United States v. Boyd*, No. 4:06–cr–00005–MSD–FBS–3 (E.D.Va. Dec. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*